JS-6

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Fernando Martinez-Alvarado<br>Defendant. | Case No.: 5:13-MJ-00516<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Northern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    ( )   other: _____

1         and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:
6         (X)   information in the Pretrial Services Report and Recommendation
7         (X)   information in the violation petition and report(s)
8         (X)   the defendant's nonobjection to detention at this time
9         ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: October 23, 2013       _____
                                                      SHERI PYM
15                                           United States Magistrate Judge